U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV - 4 2004

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-101 |
| KENYATTA K. FRANCIS | SECTION "B" (5) |

## ORDER REVOKING SUPERVISED RELEASE

On this 3rd day of November, 2004, defendant Kenyatta K. Francis appeared in court with counsel Valerie Jusselin, Federal Public Defender, and in the presence of Asst. U.S. Attorney Duane Evans and U.S. Probation Officer Kenny Dixon, to show cause why defendant's supervised release should not be revoked. Accordingly,

Pursuant to the Sentencing Reform Act of 1984, IT IS THE JUDGMENT of this Court that the defendant's term of supervised release, imposed on December 6, 2000, is hereby REVOKED and the defendant is hereby COMMITTED to the custody of the Bureau of Prisons for a period of ten months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of two years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by

DATE OF ENTRY
NOV 0 4 2004



this Court and shall not possess a firearm. In addition, the following special conditions are imposed: (1) The defendant shall participate in a program of mental health treatment that deals with anger management and domestic violence, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer. (2) The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the Probation Officer. (3) The defendant shall refrain from any form of contact with Tremeka St. Cyr.

The Court makes the following recommendation to the Bureau of Prisons: That the defendant be placed in a facility that can provide treatment for anger management, domestic violence and counseling for substance abuse. The Court also recommends that defendant be placed in a facility in or near Houston, Texas.

IT IS FURTHER ORDERED that defendant, Kenyatta K. Francis, be remanded to the custody of the United States Marshal.

New Orleans, Louisiana, this the __3rd__ day of ___November___, 2004.

_____
**IVAN L.R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**